IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOSEPH RITTER and ANGELA RITTER<br><br>Plaintiff,<br><br>v.<br><br>SECURA INSURANCE COMPANY,<br><br>Defendant. | Case No. |

## NOTICE OF REMOVAL

Defendant, SECURA Insurance Company ("SECURA") gives notice of the removal of this case from the Ninth Judicial Circuit Court of Fulton County, Illinois to the United States District Court for the Central District of Illinois, Peoria Division under 28 USC §§ 1332, 1441, and 1446(b). As grounds for removal, SECURA states as follows:

1. Plaintiffs, Joseph Ritter and Angela Ritter filed a Complaint in the Ninth Judicial Circuit Court of Fulton County, Illinois, Case No. 2024-LA-6, naming SECURA as a defendant.

2. SECURA was served with process through the Illinois Department of Insurance on April 22, 2024. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely.

3. Plaintiffs filed their action in the Ninth Judicial Circuit Court of Fulton County, Illinois, which is within the territorial jurisdiction of the United States District Court for the Central District of Illinois, Peoria Division. *See* 28 U.S.C. § 93. Removal to this Court is proper. *See* 28 U.S.C. § 1441(a).

### Diversity of Citizenship

4. Joseph Ritter is a resident of Table Grove, IL and an Illinois citizen. *See* 28 U.S.C. § 1332(c).

5. Angela Ritter is a resident of Table Grove, IL and an Illinois citizen. *See* 28 U.S.C. § 1332(c).

6. SECURA Insurance Company is a Wisconsin corporation with its principal place of business in Neenah, WI and, therefore, it is a citizen of Wisconsin. *See* 28 U.S.C. § 1332(c).

## Amount in Controversy

7. This is a civil action over which this Court has original jurisdiction. Given the amount sought by Plaintiffs in their Complaint to reimburse and indemnify losses to their farm building as a result of wind and/or hail damage, *i.e.*, in excess of $215,000, in addition to punitive damages, the amount in controversy here well exceeds the sum or value of $75,000.00, exclusive of interest and costs.

## Procedural Compliance

8. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendants to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a).

9. A true and correct copy of all pleadings filed to date in this action by any party are attached hereto as **Exhibit A**.

10. Further, pursuant to 28 U.S.C. § 1446(d), SECURA will promptly file written notice of this removal and copy of the Notice of Removal with the Clerk of the Ninth Judicial Circuit Court of Fulton County, Illinois and will serve a copy of this notice on all parties to the removed action. By filing this Notice of Removal, SECURA does not waive and hereby reserves all of its rights to assert objections and defenses to Plaintiffs' Complaint.

WHEREFORE, Defendant, SECURA Insurance Company, removes this action from the Ninth Judicial Circuit Court of Fulton County, Illinois (No. 2024-LA-6) to the United States District Court for the Central District of Illinois, Peoria Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: May 17, 2024	Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

*/s/ Jonathan L. Schwartz*
Attorney for SECURA Insurance Company

Jonathan L. Schwartz (ARDC #6287338)
Freeman Mathis & Gary, LLP
33 N. Dearborn Street, Suite 1430
Chicago, IL 60602
Tel: (773) 389-6440
jonathan.schwartz@fmglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that, on May 17 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using this court's ECF system and will also serve to counsel listed below via email:

  Damian S. Sullivent
  Nessler & Associates, Ltd.
  1600 West Bay Drive
  Largo, FL 33770
  dsullivent@nesslerlaw.com

  **Attorney for Plaintiffs**

               /s/ *Jonathan L. Schwartz*
               Jonathan L. Schwartz